

**ORDERED in the Southern District of Florida on July 21, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

ELIZABETH N. RODIL,        Case No.: 20-15828-RAM
                           Chapter 7

    Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S AGREED *EX-PARTE* MOTION FOR
(1) EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO THE DEBTOR'S
CLAIMED EXEMPTIONS; AND (2) EXTENSION OF TIME FOR TRUSTEE
AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE A
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

THIS MATTER came before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's ("Trustee") *Agreed Ex-Parte Motion for (1) Extension of Time for Trustee to Object to the Debtor's Claimed Exemptions; and (2) Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtor's Discharge* (the "Motion") [D.E. 22]. The Court, having considered the record and reviewed the Motion, and acknowledging the

agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1. The Trustee's Motion is GRANTED.

2. The deadline for the Trustee to file any objections to the Debtor's claimed exemptions is extended through and including September 22, 2020.

3. The deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727, is extended through and including September 22, 2020.

4. These extensions are without prejudice as to the Trustee and the Office of the United States Trustee seeking further extensions by agreement or otherwise.

#   #   #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*